[No. 36952-4-II. Division Two. December 23, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD K. DRAXINGER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 07-1-00379-7, Toni A. Sheldon, J., entered October 22, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Houghton, J. Now published at 148 Wn. App. 533.

[No. 37357-2-II. Division Two. December 23, 2008.]

DAVID W. DEVIN ET AL., *Appellants*, v. MARK HENDRIX, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-2-00800-1, Theodore F. Spearman, J., entered January 15, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 26500-5-III. Division Three. December 23, 2008.]

J. MICHELLE MCHUGO ET AL., *Appellants*, v. RYAN GRIFFITH ET AL., *Defendants*, SHARON MELTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-04265-2, Robert D. Austin, J., entered September 14, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 26683-4-III. Division Three. December 23, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MITEL PATEL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-03903-8, Robert D. Austin, J., entered March 30, 2006. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Brown, JJ.